UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Richard E Keith; Scottsdale Tahoe Management, Inc., a California Corporation; and DOES 1-10,<br><br>　　　　Defendants. | Case: 2:14-CV-00003-WBS-EFB<br><br>**NOTICE OF DISMISSAL & ORDER THEREON** |

### ORDER

Having read the foregoing notice and good cause appearing therefore, defendants RICHARD KEITH and SCOTTSDALE TAHOE MANAGEMENT, INC. are hereby ordered dismissed with prejudice.

Dated: April 1, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE